```
           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Brian J. Johnson,
    Plaintiff

    v.

                                 Case No. C. 01-226-M

Computer Sciences Corporation,
    Defendant

## O R D E R

The plaintiff having failed to comply with the Court's Order to show cause entered on July 23, 2010, the complaint is hereby dismissed with prejudice for lack of prosecution.

    SO ORDERED.

August 12, 2010

                                           Steven J. McAuliffe
                                           Chief Judge

cc:: Brian J. Johnson, pro se
     Debra Weiss Ford, Esq.
     Guy P. Tully, Esq.